Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| IN RE: | CASE: 20-22819 |
|---|---|
| JARED BELCHER | CHAPTER 13 |
| **Debtor** | Hon. R. KIMBALL MOSIER |
| | Confirmation Hearing: 7/28/20  10:00 am |

**TRUSTEE'S OBJECTION TO CONFIRMATION AND RECOMMENDATION OF DISMISSAL UNDER 1307(c) IF UNABLE TO RESOLVE**

Lon A. Jenkins, Chapter 13 Trustee, hereby objects to confirmation of the Debtor's plan and in support thereof represents as follows:

   1. The Debtor filed a Chapter 13 petition for relief on May 11, 2020 and the First Meeting of Creditors under section 341 was held on June 19, 2020.

   2. The payment advices required by § 521(a)(1)(B)(iv) show <u>less</u> income than is reported on Schedule I.

   3. The Debtor(s) failed to timely provide the Trustee with copies of their State and Federal income tax returns for 2019 (see § 521(e)(2)(A)(i), Fed. R. Bankr. P. 4002(b)(2)(B), and Local Rule 6070-1(c)(2)).

4. The plan was not served on all parties-in-interest as required by Fed R. Bankr. P. 2002(a) and 3015(d).

5. The Trustee requests the Debtor(s) provide copies of documents regarding the lease to own agreement with David Belcher.

6. The Trustee requests an update at Confirmation regarding: Status of basement rental income.

7. The Trustee is unable to verify the following income listed on the Schedule I: Social Security income for children.

8. The Debtor(s) list on Schedule J an expense for rent of $3,007.53. The Debtor(s) should either substantiate this expense with admissible, documentary evidence, or remove it from Schedule J.

WHEREFORE, the Trustee objects to confirmation of the Debtor's plan. If the Debtor is unable to resolve the objection by the confirmation hearing, the Trustee will move to dismiss or convert the case.

Dated: June 22, 2020                        MaryAnn Bride
                                            Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Objection to Confirmation was served on the following parties on June 23, 2020:

JARED BELCHER, 13891 NEWBERG DRIVE, HERRIMAN, UT  84096

RUSSELL C. SKOUSEN, ECF Notification

                                            /s/ Helen Doherty