Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE District of Utah, Central Division**

| | |
|---|---|
| **IN RE:** | **CASE: 20-22819** |
| JARED BELCHER | **CHAPTER 13** |
| | **HON. R. KIMBALL MOSIER** |
| **Debtor** | Confirmation Hearing: July 28, 2020 |

**ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on July 28, 2020 10:00 am. The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to September 24, 2020 at 10:00 am.

IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtor's plan will be denied and the case will be dismissed without further notice or hearing upon declaration by the Trustee:

1. The Debtors shall be current on ALL Plan payments through July 2020, on or before August 11, 2020 or your case shall be dismissed without further notice and hearing. The Debtors must ensure that the payment is mailed (Standing Chapter 13 Trustee, 3111 Momentum Place, Chicago, IL 60689-5331), transmitted online (www.TFSbillpay.com), or in-person (MoneyGram locations) early enough to post by the deadline.

2. On or before August 11, 2020, the Debtor(s) shall provide to the Trustee's Office a copy of his 2019 tax returns.

3. On or before August 11, 2020, the Debtor(s) shall file with the Court and provide the Trustee with a copy of a certificate of service of the plan.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on July 29, 2020.

RUSSELL C. SKOUSEN,  ECF Notification

/s/ Pauline Thayne

## DESIGNATION OF PARTIES TO BE SERVED

JARED BELCHER, 13891 NEWBERG DRIVE, HERRIMAN, UT  84096


RUSSELL C. SKOUSEN,  ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION