## United States Bankruptcy Court
### District of Utah

In re  **Jared Belcher**                                                      Case No.   **20-22819**
                                   Debtor(s)                              Chapter    **13**

# NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **August 13, 2020**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date  **August 13, 2020**           Signature  **/s/ Jared Belcher**
                                                **Jared Belcher**
                                                Debtor

Attorney  **/s/ Russell C. Skousen**
          **Russell C. Skousen**

**Skousen Law, PLLC**
**10808 So. River Front Parkway, Ste 310**
**South Jordan, UT 84095**
**800-601-8148 (toll free)**
**Fax: 801-907-7241**
**rskousen@skousenlawfirm.com**