**This order is SIGNED.**

**Dated: August 28, 2020**





**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

---

Order Prepared and Submitted by:

Russell C. Skousen (#6441)
SKOUSEN LAW, PLLC
10808 So. River Front Parkway, Ste 356
South Jordan, Utah 84095
Phone: (801) 505-9980
Fax: (801) 907-7241
*Attorney for the Debtors*

### IN THE UNITED STATES BANKRUPTCY COURT
### STATE OF UTAH, CENTRAL DISTRICT

| In Re: | Case No. 20-22819 |
|---|---|
| JARED BELCHER | Chapter 7 |
| Debtor | Judge: R. Kimball Mosier |

### ORDER ON MOTION TO ENLARGE TIME FOR
### FILING OF CONVERSION-RELATED SCHEDULES AND DOCUMENTS
_____

This matter having come before the Court upon the Debtors' Ex-Parte Motion to Enlarge Time for Filing of Conversion-Related Schedules and Documents and the Court being fully advised in the premises and good cause appearing, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The Motion to Enlarge Time for Filing of Conversion Conversion-Related Schedules and Documents to September 4, 2020 is hereby granted.

END OF ORDER

Service of the foregoing ORDER will be affected through the Bankruptcy Noticing center to each part as listed below:

United States Trustee
ECF

Elizabeth R. Loveridge
Ch. 7 Trustee
ECF