Peggy Hunt (Utah State Bar No. 6060)
222 South Main Street, 5th Floor
Salt Lake City, UT 84101
Telephone: (801) 478-6913
Email: hunttrustee@gtlaw.com

*Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re:<br><br>JARED BELCHER,<br><br>Debtor. | Case No. 20-22819<br><br>Chapter 7<br><br>The Honorable R. Kimball Mosier |
|---|---|

## NOTICE OF TRUSTEE'S MOTION FOR TURNOVER OF TAX RETURNS AND TAX REFUNDS AND NOTICE OF OPPORTUNITY FOR HEARING

**Objection Deadline: June 24, 2021, at 5:00 p.m. (Mountain Time)**
**Reserved Hearing Date: July 7, 2021 at 10:30 a.m. (Mountain Time)**

**PLEASE TAKE NOTICE** that Peggy Hunt, the duly appointed Chapter 7 Trustee (the "Trustee"), has filed with the United States Bankruptcy Court for the District of Utah (the "Bankruptcy Court") the *Chapter 7 Trustee's Motion for Turnover of Tax Returns and Tax Refunds* [Docket No. 34] (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED. You should carefully read this Notice, as well as the Motion, and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**NO HEARING WILL BE CONDUCTED ON THE MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE DEADLINE SET FORTH BELOW.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the relief requested in the Motion, or if you want the Bankruptcy Court to consider your views on the Motion, then you or your attorney must do the following:

(1)  On or before **June 24, 2021**, file with the Bankruptcy Court a written Objection explaining your position at:

>  Clerk of the Court
>  United States Bankruptcy Court
>  350 South Main Street, Room 301
>  Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so that the Court will **receive** it on or before **June 24, 2021**.

(2)  You must also attend a hearing on the Motion on **July 7, 2021, at 10:30 a.m. (Mountain Time)** before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, in his courtroom, Room 369 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  **There will be no further notice of the hearing**, and failure to attend the hearing will be deemed a waiver of your objection.

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.  Additionally, pursuant to the Bankruptcy Court's Local Rules, absent timely filing and service of responses and objections to the Motion, the Trustee may and will ask the Bankruptcy Court to strike the hearing on the Motion and enter an

-3-

Order approving the Motion without a hearing.  In such event, the hearing referenced above will be stricken.

DATED this 10th day of June, 2021.

>*/s/Peggy Hunt*
>Peggy Hunt
>*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on June 10, 2021, I electronically filed the foregoing **NOTICE OF TRUSTEE'S MOTION FOR TURNOVER OF TAX RETURNS AND TAX REFUNDS AND NOTICE OF OPPORTUNITY FOR HEARING** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF uses and will be served through the CM/ECF system.

- **Russell C. Skousen**   rskousen@skousenpenney.com
- **Peggy Hunt**   hunttrustee@gtlaw.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

## CERTIFICATE OF SERVICE – MAIL, OTHER

I hereby certify that on June 10, 2021, I caused to be served a true and correct copy of the foregoing as follows:

**Mail Service – By regular first class United States Mail, postage fully pre-paid, addressed to:**

Jared Belcher
13891 Newberg Drive
Herriman, UT  84096

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Erin Johnson*