**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

In re: BELCHER, JARED               §    Case No. 20-22819
                                    §
                                    §
                                    §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Peggy Hunt, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $110,730.44 | Assets Exempt: | $109,876.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,749.34 | Claims Discharged Without Payment: | $74,567.47 |
| Total Expenses of Administration: | $1,781.87 | | |

　　　　3) Total gross receipts of $8,867.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $335.97 (see **Exhibit 2**), yielded net receipts of $8,531.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,781.87 | $1,781.87 | $1,781.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $65,401.00 | $54,741.81 | $54,741.81 | $6,749.34 |
| **TOTAL DISBURSEMENTS** | $65,401.00 | $56,523.68 | $56,523.68 | $8,531.21 |

4) This case was originally filed under chapter 7 on 05/11/2020, and it was converted to chapter 7 on 08/13/2020. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2021         By: /s/ Peggy Hunt
                                             Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Garnishment | 1141-000 | $3,982.09 |
| 2020 Federal & State Tax Refunds (u) | 1224-000 | $903.00 |
| Garnishment | 1241-000 | $3,982.09 |
| **TOTAL GROSS RECEIPTS** | | **$8,867.18** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JARED BELCHER | DEBTOR PORTION OF TAX REFUNDS | 8500-002 | $335.97 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$335.97** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Peggy Hunt | 2100-000 | NA | $1,603.12 | $1,603.12 | $1,603.12 |
| Trustee, Expenses - Peggy Hunt | 2200-000 | NA | $117.95 | $117.95 | $117.95 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $60.80 | $60.80 | $60.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,781.87 | $1,781.87 | $1,781.87 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Utah State Tax Commission | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | $7,683.00 | $7,683.43 | $7,683.43 | $947.33 |
| 2 | JPMORGAN CHASE BANK, N.A. | 7100-000 | $7,026.00 | $7,026.79 | $7,026.79 | $866.36 |
| 3 | WELLS FARGO BANK, N.A. | 7100-000 | $3,528.00 | $3,555.76 | $3,555.76 | $438.40 |
| 4 | JPMORGAN CHASE BANK, N.A. | 7100-000 | $11,442.00 | $11,442.90 | $11,442.90 | $1,410.84 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | $0.00 | $15,885.14 | $15,885.14 | $1,958.54 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $8,871.00 | $8,871.79 | $8,871.79 | $1,093.84 |
| 7 | HERRIMAN FAMILY DENTAL | 7100-000 | $276.00 | $276.00 | $276.00 | $34.03 |
| N/F | Bank of America | 7100-000 | $7,722.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $15,885.00 | NA | NA | NA |
| N/F | Guglielmo & Associates | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gurstel Law Firm | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jordan Valley Medical Center | 7100-000 | $2,817.00 | NA | NA | NA |
| N/F | LendingHome Funding Corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | South Carolina Department of Labor | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Southwest Children's Clinic | 7100-000 | $151.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$65,401.00** | **$54,741.81** | **$54,741.81** | **$6,749.34** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 20-22819 | | Trustee Name: | (640180) Peggy Hunt |
|---|---|---|---|---|
| Case Name: | BELCHER, JARED | | Date Filed (f) or Converted (c): | 08/13/2020 (c) |
| | | | § 341(a) Meeting Date: | 09/15/2020 |
| For Period Ending: | 09/22/2021 | | Claims Bar Date: | 12/31/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2001 FORD F150, Mileage: 301,000 MILES. Location: 13891 Newburg Drive, Herriman UT 84096 | 2,600.00 | 0.00 | | 0.00 | FA |
| 2 | COUCHES LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 500.00 | 0.00 | | 0.00 | FA |
| 3 | BEDS AND BEDDING LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | OFFICE DESK AND CHAIRS LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 400.00 | 0.00 | | 0.00 | FA |
| 5 | DRESSERS LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | KITCHEN TABLE AND CHAIRS LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 600.00 | 0.00 | | 0.00 | FA |
| 7 | KITCHEN COOKWARE AND UTENSILS LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 80.00 | 0.00 | | 0.00 | FA |
| 8 | 2 TELEVISIONS LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 400.00 | 0.00 | | 0.00 | FA |
| 9 | NINTENDO SWITCH LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 350.00 | 0.00 | | 0.00 | FA |
| 10 | COMPUTER AND MONITOR LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 150.00 | 0.00 | | 0.00 | FA |
| 11 | SOCCER EQUIPMENT, CAMPING GEAR, MOUNTAIN BIKES LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | HANDGUN LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 150.00 | 0.00 | | 0.00 | FA |
| 13 | 22 RIFLE LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 300.00 | 0.00 | | 0.00 | FA |
| 14 | CLOTHING LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 250.00 | 0.00 | | 0.00 | FA |
| 15 | WEDDING RINGS, LATE WIFE'S ASSORTED JEWELERY LOCATION: 13891 NEWBURG DRIVE, HERRIMAN UT 84096 | 1,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 20-22819 | Trustee Name: | (640180) Peggy Hunt |
| --- | --- | --- | --- |
| Case Name: | BELCHER, JARED | Date Filed (f) or Converted (c): | 08/13/2020 (c) |
| | | § 341(a) Meeting Date: | 09/15/2020 |
| For Period Ending: | 09/22/2021 | Claims Bar Date: | 12/31/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | DEPOSITS OF MONEY: WELLS FARGO CHECKING ACCT# XXX0659 (NEGATIVE AT TIME OF FILING) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | DEPOSITS OF MONEY: AMERICA FIRST CREDIT UNION CHECKING ACCT# XXX9648 | 3.44 | 0.00 | | 0.00 | FA |
| 18 | DEPOSITS OF MONEY: MOUNTAIN AMERICA CREDIT UNION JOINT ACCOUNT WITH BROTHER ACCT# XXX4460 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | DEPOSITS OF MONEY: WELLS FARGO SAVINGS ACCT# XXX0659 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | DEPOSITS OF MONEY: AMERICA FIRST CREDIT UNION SAVINGS ACCT# XXX9648 | 1.00 | 0.00 | | 0.00 | FA |
| 21 | DEPOSITS OF MONEY: WELLS FARGO (MINOR CHILD SAVINGS ACCOUNT) ACCOUNT #XX1595 ACCOUNT WAS CLOSED BY BANK. DEBTOR'S DECEASED WIFE'S NAME WAS ATTACHED. BANK CLOSED THE ACCOUNT AND OPENED A NEW ONE. | 0.00 | 0.00 | | 0.00 | FA |
| 22 | LL&A INVESTMENTS INC. (BASED OUT OF WYOMING) 50% OF SHARES (SHARE WITH BROTHER) THIS HAS NO MONEY. LL&A OWES ALL FUNDS TO FORECLOSED HOME IN SOUTH CAROLINA THERE IS JUST DEBT. | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 401 (K): EMPOWER RETIREMENT | 102,246.00 | 0.00 | | 0.00 | FA |
| 24 | 2020 Federal & State Tax Refunds (u) (u) | 0.00 | 1.00 | | 903.00 | FA |
| 25 | Garnishment (u) | 15,000.00 | 3,985.09 | | 3,982.09 | FA |
| 26 | Garnishment | 3,330.10 | 3,982.09 | | 3,982.09 | FA |
| **26** | **Assets Totals (Excluding unknown values)** | **$129,060.54** | **$7,968.18** | | **$8,867.18** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 20-22819
**Case Name:** BELCHER, JARED

**For Period Ending:** 09/22/2021

**Trustee Name:** (640180) Peggy Hunt
**Date Filed (f) or Converted (c):** 08/13/2020 (c)
**§ 341(a) Meeting Date:** 09/15/2020
**Claims Bar Date:** 12/31/2020

**Major Activities Affecting Case Closing:**

*** Trustee Elizabeth Loveridge's Notes ***
Case Notes: conducted 341 meeting on 09/15/20; liquidated garnishment on 10/28/20; Hold open for '20 tax rtns/refs and other garnishment - Renee Christensen 12/17/2020
 [Renee Christensen 2020-12-17 20:00:19]
02/15/2021 - MD - Quarterly review - Holding open for 2020 tax returns
05/10/2021 - MD - Quarterly review - Waiting for 2020 tax returns
06/10/2021 - EJ -M4 TO Filed; OBJ D/L 6/24; Hearing 7/7 10:30AM
06/15/2021 - EJ -Withdraw M4 TO- debtor has not gotten refunds yet
06/21/2021 - MD - Case ready for TFR after debtor refund clears
07/13/2021 - MD - TFR SENT TO UST
07/22/2021 - EJ - Fee app and NFR filed. OBJ D/L 8/12; hearing 8/18 10:30AM
08/13/2021 - EJ -Order filed
08/16/2021 - EJ -Distribution

**Initial Projected Date Of Final Report (TFR):** 09/15/2022

**Current Projected Date Of Final Report (TFR):** 07/12/2021 (Actual)

| 09/22/2021 | /s/Peggy Hunt |
|---|---|
| Date | Peggy Hunt |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 20-22819 | Trustee Name: | Peggy Hunt (640180) |
|---|---|---|---|
| Case Name: | BELCHER, JARED | Bank Name: | Axos Bank |
| Taxpayer ID #: | **-***6412 | Account #: | 4039 Checking - Loveridge |
| For Period Ending: | 09/22/2021 | Blanket Bond (per case limit): | $58,926,307.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/28/20 | {26} | Gurstel Law Firm, P.C. | Prefetition Garnishment | 1141-000 | 3,982.09 | | 3,982.09 |
| 02/11/21 | | Transfer to Trustee Hunt account XXXXXX1243 | Transfer to Trustee Hunt account XXXXXX1243 | 9999-000 | | 3,982.09 | 0.00 |
| | | COLUMN TOTALS | | | 3,982.09 | 3,982.09 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 3,982.09 | |
| | | Subtotal | | | 3,982.09 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $3,982.09 | $0.00 | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 20-22819 | Trustee Name: | Peggy Hunt (640180) |
|---|---|---|---|
| Case Name: | BELCHER, JARED | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6412 | Account #: | ******1243 Checking |
| For Period Ending: | 09/22/2021 | Blanket Bond (per case limit): | $58,926,307.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/03/21 | {25} | Bank of America | garnishment monies | 1241-000 | 3,982.02 | | 3,982.02 |
| 02/03/21 | {25} | Bank of America | Deposit 10001 Adjustment | 1241-000 | 0.07 | | 3,982.09 |
| 02/11/21 | | Transfer Credit from | Transition Credit from | 9999-000 | 3,982.09 | | 7,964.18 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.86 | 7,956.32 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.02 | 7,942.30 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.72 | 7,929.58 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.86 | 7,917.72 |
| 06/21/21 | {24} | UNITED STATES TREASURY | 2020 Federal Tax Refund | 1224-000 | 245.00 | | 8,162.72 |
| 06/21/21 | {24} | State of Utah | State of Utah tax refund | 1224-000 | 658.00 | | 8,820.72 |
| 06/21/21 | 101 | JARED BELCHER | DEBTOR PORTION OF TAX REFUNDS | 8500-002 | | 335.97 | 8,484.75 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.34 | 8,470.41 |
| 08/16/21 | 102 | Peggy Hunt | Combined trustee compensation & expense dividend payments. | | | 1,721.07 | 6,749.34 |
| | | Peggy Hunt | Claims Distribution - Tue, 07-20-2021　$1,603.12 | 2100-000 | | | |
| | | Peggy Hunt | Claims Distribution - Tue, 07-20-2021　$117.95 | 2200-000 | | | |
| 08/16/21 | 103 | DISCOVER BANK | Dividend paid 12.33% on Claim #, 1 Filed Amount: $7,683.43 | 7100-000 | | 947.33 | 5,802.01 |
| 08/16/21 | 104 | JPMORGAN CHASE BANK, N.A. | Combined dividend payments for Claim #2, 4 | | | 2,277.20 | 3,524.81 |
| | | JPMORGAN CHASE BANK, N.A. | Claims Distribution - Tue, 07-20-2021　$866.36 | 7100-000 | | | |
| | | JPMORGAN CHASE BANK, N.A. | Claims Distribution - Tue, 07-20-2021　$1,410.84 | 7100-000 | | | |
| 08/16/21 | 105 | WELLS FARGO BANK, N.A. | Dividend paid 12.33% on Claim #, 3 Filed Amount: $3,555.76 | 7100-000 | | 438.40 | 3,086.41 |
| 08/16/21 | 106 | MIDLAND CREDIT MANAGEMENT, INC. | Dividend paid 12.33% on Claim #, 5 Filed Amount: $15,885.14 | 7100-000 | | 1,958.54 | 1,127.87 |
| 08/16/21 | 107 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Dividend paid 12.33% on Claim #, 6 Filed Amount: $8,871.79 | 7100-000 | | 1,093.84 | 34.03 |
| 08/16/21 | 108 | HERRIMAN FAMILY DENTAL | Dividend paid 12.33% on Claim #, 7 Filed Amount: $276.00 | 7100-000 | | 34.03 | 0.00 |
| | | **COLUMN TOTALS** | | | **8,867.18** | **8,867.18** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 3,982.09 | 0.00 | |
| | | | Subtotal | | 4,885.09 | 8,867.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,885.09** | **$8,867.18** | |

{ } Asset Reference(s)　　　UST Form 101-7-TDR ( 10 /1/2010)　　　! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 20-22819 | **Trustee Name:** | Peggy Hunt (640180) |
| **Case Name:** | BELCHER, JARED | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6412 | **Account #:** | ******1243 Checking |
| **For Period Ending:** | 09/22/2021 | **Blanket Bond (per case limit):** | $58,926,307.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $8,867.18 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $335.97 |
| Net Estate: | $8,531.21 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| 4039 Checking - Loveridge | $3,982.09 | $0.00 | $0.00 |
| ******1243 Checking | $4,885.09 | $8,867.18 | $0.00 |
| | **$8,867.18** | **$8,867.18** | **$0.00** |

09/22/2021                              /s/Peggy Hunt
Date                                    Peggy Hunt

UST Form 101-7-TDR (10 /1/2010)